IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20934
Conference Calendar
_____

JOHNNY RAY ROBINSON,

                                        Plaintiff-Appellant,

versus

R. OWENS, Lt.; D. PROPES;
P. TEDFORD, Capt.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-3810
- - - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Johnny Ray Robinson appeals the district court's 28 U.S.C.
§ 1915(d) dismissal with prejudice of his 42 U.S.C. § 1983
action, in which he alleges that the defendants conspired to file
false disciplinary reports against him and to transfer him to a
more restrictive prison unit in retaliation for his use of the
prison grievance system and for filing a § 1983 action.  Robinson
has not alleged sufficient facts to support his claim of
retaliation by a prison official.  See Woods v. Smith, 60 F.3d

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

1161, 1166 (5th Cir. 1995), <u>cert. denied</u>, 116 S. Ct. 800 (1996). Because Robinson has abandoned his claims of racial discrimination and constitutionally inadequate prison conditions by failing to argue them on appeal, we will not address them. <u>See</u> <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).

We warn Robinson that the filing of frivolous appeals will result in additional sanctions. <u>E.g.</u>, <u>Smith v. McCleod</u>, 946 F.2d 417, 418 (5th Cir. 1991); <u>Jackson v. Carpenter</u>, 921 F.2d 68, 69 (5th Cir. 1991). If Robinson has any other appeals pending in this court at this time, he should review them in light of the foregoing warning and move to withdraw any appeal that is frivolous.

AFFIRMED.